IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3088 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLTON E. BRAGG, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant has filed a motion requesting that "the motion/hearing date set for April 24, 2009" be continued. The pretrial motion deadline is currently set for April 24, 2009, and a hearing on motions, if needed, is set for May 1, 2009.

IT IS ORDERED,

The motion to continue, filing no. 16, is granted and the pretrial motion deadline is extended to May 13, 2009. If any hearing on motions is required, the hearing will be set following the filing of motions.

DATED this 27th day of April, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge