IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3088 |
| | ) | |
| V. | ) | |
| | ) | |
| CARLTON E. BRAGG, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

I held a telephone conference with counsel today at the request of defense counsel. Because of a pending case in the Supreme Court, and at the request of the defendant, through his counsel, and without objection by the government,

IT IS ORDERED that consideration of the defendant's motion to reduce his sentence under 2011 crack cocaine Guideline amendment (filing no. 42) is held in abeyance until defense counsel notifies me that this matter is ready for disposition.

DATED this 7th day of March, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge